B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

IN RE:  **Kirkland Bros., Inc.**

Case No.  **15-70099**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WTG Fuels, Inc.<br>P.O. Box 51140<br>Midland, TX 79710-1140 | | Trade | | **$63,203.91** |
| Wright Express<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | | Trade | | **$11,375.91** |
| McAnally Wilkins, Inc.<br>110 W. Louisiana, Suite 150<br>Midland, TX 79701 | | Trade | | **$8,749.49** |
| CJ Properties<br>PO Box 60509<br>Midland, TX 79711-0509 | | Trade | | **$7,777.23** |
| B-Line Filter & Supply<br>PO Box 4598<br>Odessa, TX 79760 | | Trade | | **$7,627.01** |
| Ringo Services<br>PO Box 629<br>Gardendale, TX 79758 | | Trade | | **$7,596.74** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:  **Kirkland Bros., Inc.**

Case No.  **15-70099**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Fleetpride<br>PO Box 847118<br>Dallas, TX 75284-7118 | | Trade | | $6,419.33 |
| Cheyenne Tire<br>PO Box 139745<br>Odessa, TX 79768 | | Trade | | $5,870.17 |
| Interstate Billing Service<br>PO Box 2208<br>Decatur, AL 35609-2208 | | Factor | | $5,741.86 |
| World Wide Tires<br>6300 N. Loop East<br>Houston, TX 77026 | | Trade | | $5,577.08 |
| Sheldon ISD Tax Office<br>1411 CE King Parkway, Suite A<br>Houston, TX 77044-7192 | | Taxes | | $5,455.75 |
| Garion Brunson, P.C.<br>1541 JBS Parkway, Suite 7<br>Odessa, TX 79761 | | Trade | | $4,250.00 |
| Truck Paper<br>PO Box 85673<br>Lincoln, NE 68501-5673 | | Trade | | $3,639.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE:  **Kirkland Bros., Inc.**

Case No.  **15-70099**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pike Tire<br>1503 Memorial Drive<br>Conroe, TX 77304 | | Trade | | **$3,225.00** |
| Texas Xact, LLC<br>7949 Grimsley Gibson Road<br>Mansfield, TX 76063 | | Trade | | **$3,128.54** |
| Stewart & Hurst, LLC<br>7887 San Felipe, Suite 122<br>Houston, TX 77063 | | Trade | | **$3,072.12** |
| AAA Truck Agency<br>25303 N. Interstate 45<br>The Woodlands, TX 77380 | | Insurance | | **$1,878.93** |
| Winzer<br>PO Box 671482<br>Dallas, TX 75267-1482 | | Trade | | **$1,747.22** |
| McCarty Truck Wash<br>220 McCarty Street<br>Houston, TX 77029 | | Trade | | **$1,380.00** |
| Interstate Batteries of West Texas<br>PO Box 60264<br>Midland, TX 79711 | | Trade | | **$1,336.37** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

IN RE:   **Kirkland Bros., Inc.**

Case No.   **15-70099**

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:__**7/16/2015**_____

Signature:__**/s/ Lura Kirkland**_____

*Lura Kirkland*
**President**